# REPORTS OF CASES

·ARGUED AND DETERMINED IN

## THE SURROGATE'S COURTS

OF

## THE STATE OF NEW YORK.

---

Matter of BLAUVELT.

*(Surrogate's Court, Rockland County, December, 1890.)*

Note.—The decision in this case, a full report of which appears in 2 Con. 458, and which was affirmed by the General Term, 39 St. Rep. 774, 60 Hun, 394, was reversed by the Court of Appeals, 131 N. Y. 249, 43 St. Rep. 285.